UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 12, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-231 WBS-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| SYLVIA ZAMBRANO, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SYLVIA ZAMBRANO

Case No. 2:19-cr-231 WBS-2 Charges 21 U.S.C. §§846, 841(a)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

    __x__ Unsecured Appearance Bond $ 50,000 cosigned by sister in law Saira Estrada and cousin, Jacinto Jimmy Garza.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__x__ Other: To be released at 9:00 a.m. on 2/13/2020 to United States Marshals to Pretrial Services and then to Wellspace.

Issued at Sacramento, California on February 12, 2020 at 10:31 am A.M.

By: _____
Magistrate Judge Carolyn K. Delaney