LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SYLVIA ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-00231 WBS |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| SYLVIA ZAMBRANO, | |
| Defendant. | |

## STIPULATION

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that the defendant shall report directly to and participate in the substance abuse treatment program at WellSpace Inc. and that the court adopt the new conditions of release attached hereto as Exhibit A. The government does not oppose this request.

On July 12, 2021, the defendant admitted to Pretrial Services that she relapsed with methamphetamine on or about June 23, 2021. Ms. Zambrano reported she used the drug daily between June 23, 2021, and July 12, 2021. Furthermore, she acknowledged that her drug test results from June 25, 2021, and July 13, 2021, would return positive for methamphetamine. Pretrial Services has received the drug test result from June 25, 2021, from the National

Laboratory and it returned positive for methamphetamine. Pretrial Services is still awaiting confirmation of the July 13, 2021, test result. Ms. Zambrano was forthcoming with Pretrial Services regarding her relapse, and she expressed a need to participate in residential treatment services again. Pretrial Services has confirmed that a female bedspace is available at WellSpace Inc, on July 26, 2021, and her supervising officer is recommending the defendant be granted another opportunity to participate in residential treatment.

Respectfully submitted,

Dated:  July 21, 2021                     /s/ Chris Cosca_____
                                          CHRIS COSCA
                                          Attorney for Defendant


Dated: July 21, 2021                       _/s/ David Spencer  _____
                                          DAVID SPENCER
                                          Assistant US Attorney
                                          Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERD.**

Dated:  July 22, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**AMENDED SPECIAL CONDITIONS OF RELEASE**
                                 Re:   Zambrano, Sylvia
                                 No.:  2:19-CR-231-WBS-2
                                 Date: July 21, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report to the Pretrial Services office in Sacramento on July 26, 2021 at 9:00am;

3. On July 26, 2021, immediately following your appointment with Pretrial Services, you must report directly to and participate in the substance abuse treatment program at WellSpace Inc, inpatient drug treatment facility located at: 1550 Juliesse Ave, Sacramento, CA 95815, and comply with all of the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

4. Upon completion of the residential treatment program, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

5. You must cooperate in the collection of a DNA sample;

6. You must refrain from **<u>ANY</u>** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

7. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

8. Upon completion of residential treatment, you must reside at a location approved by the pretrial services officer and not move or change your residence without the prior approval of the pretrial services officer;

9. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

10. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. Leonardo Flores Beltran

11. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

12. You must not associate or have any contact with your co-defendants in this case unless in the presence of counsel; and

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours.