LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
SYLVIA ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>SYLVIA ZAMBRANO,<br><br>         Defendant. | 2:19-CR-00231-02 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

## STIPULATION

By previous order, this matter was set for Judgment and Sentencing on October 27, 2025. Due to defendant's recent, serious medical procedure and anticipated long recovery, the parties now stipulate to continue Judgment and Sentencing to January 26, 2026 at 10:00 a.m.

Respectfully submitted,

Dated:  October 14, 2025          /s/ Chris Cosca
                                  CHRIS COSCA
                                  Attorney for Defendant

STIP AND ORDER TO CONTINUE J&S
USA v. SYLVIA ZAMBRANO

Dated: October 14, 2025          /s/ David Spencer
DAVID SPENCER
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  October 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIP AND ORDER TO CONTINUE J&S
USA v. SYLVIA ZAMBRANO