LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
SYLVIA ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:19-CR-00231-02 WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | ) | |
| SYLVIA ZAMBRANO, | ) | |
| Defendant. | ) | |

## STIPULATION

By previous order, this matter was set for Judgment and Sentencing on January 26, 2026. Due to Ms. Zambrano's recent medical procedure and need for continuing treatment, the parties now stipulate to continue Judgment and Sentencing to **April 6, 2026 at 10:00 a.m.**

Respectfully submitted,

Dated:  January 13, 2026               /s/ Chris Cosca
                                       CHRIS COSCA
                                       Attorney for Defendant

STIP AND ORDER TO CONTINUE J&S
USA v. SYLVIA ZAMBRANO

Dated: January 13, 2026                /s/ David Spencer
                                       DAVID SPENCER
                                       Assistant US Attorney
                                       Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 13, 2026

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE