LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
SYLVIA ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:19-CR-00231-02 WBS |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE JUDGMENT AND** |
| | ) **SENTENCING** |
| SYLVIA ZAMBRANO, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on April 6, 2026. Due to Ms. Zambrano's serious and ongoing medical needs, the parties, with the consent of probation, now stipulate to continue Judgment and Sentencing to **June 22, 2026 at 10:00 a.m.**

Respectfully submitted,

Dated:  March 16, 2026          /s/ Chris Cosca
                               CHRIS COSCA
                               Attorney for Defendant

Dated: March 16, 2026

/s/ David Spencer
DAVID SPENCER
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE