COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
701 University Avenue,  Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
SYLVIA ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:19-CR-00231 WBS |
| Plaintiff, | ) |
| | ) **STIPULATION AND [~~PROPOSED~~]** |
| vs. | ) **ORDER TO MODIFY PRETRIAL** |
| | ) **RELEASE CONDITIONS** |
| SYLVIA ZAMBRANO, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**STIPULATION**

Because of Ms. Zambrano's ongoing health struggles, her history of full compliance with alcohol testing, and sobriety of almost 3 years, Pretrial Services recommends the removal of her alcohol abstinence and alcohol testing conditions at this time.

Accordingly, the parties hereto, through their undersigned counsel, hereby stipulate that the alcohol abstinence and alcohol testing conditions be removed from Special Conditions 6 and 7. ECF 102.

///

///

///

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. SYLVIA ZAMBRANO

Respectfully submitted,

Dated:  May 28, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant

Dated: May 28, 2026

 /s/ David Spencer
DAVID SPENCER
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: May 28, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. SYLVIA ZAMBRANO