COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
701 University Avenue,  Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
SYLVIA ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-CR-00231 WBS |
| Plaintiff, | )<br>)<br>) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | ) | |
| SYLVIA ZAMBRANO, | )<br>) | |
| | ) | |
| Defendant. | )<br>) | |
| | ) | |

## STIPULATION

By previous order, the matter was set for Judgment and Sentencing on June 22, 2026. Due to Ms. Zambrano's serious and ongoing medical conditions and need for treatment, and with the consent of Probation, the parties stipulate to continue Judgment and Sentencing to September 21, 2026 at 10:00 am.

Respectfully submitted,

Dated:  May 28, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant

Dated: May 28, 2026

  /s/ David Spencer
DAVID SPENCER
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  May 29, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. SYLVIA ZAMBRANO