COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
SYLVIA ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SYLVIA ZAMBRANO,<br><br>Defendant. | 2:19-CR-00231 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

**STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on September 21, 2026. The parties request a continuance due to Ms. Zambrano's serious and ongoing medical conditions, upcoming treatment needs, and to provide sufficient time to present information for the court to determine a sentence. Accordingly, with the consent of Probation, the parties stipulate to continue Judgment and Sentencing to January 25, 2027.

///

///

///

Respectfully submitted,

Dated: August 31, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
Sylvia Zambrano

Dated: August 31, 2026

/s/ David Spencer
DAVID SPENCER
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: September 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE